# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DENNIS WAYNE JONES**     **PLAINTIFF**
**#601335**

v.     No: 4:20-cv-01051-LPR-PSH

**BILL GILKY**     **DEFENDANT**

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Dennis Wayne Jones filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on August 25, 2020 (Doc. No. 1). On September 16, 2020, the Court granted Jones' motion to proceed *in forma pauperis,* and directed Jones to file an amended complaint within 30 days (Doc. No. 4). Because Jones did not do so, and there had

been no recent activity in the case, the Court directed Jones to provide notice of his current mailing address on March 29, 2021 (Doc. No. 6).[1]  He was warned that his failure to provide a current mailing address within thirty days would cause the undersigned to recommend his complaint be dismissed.  A printed version of the text order was sent to him at his last known address.  The Court's March 29 order could not be delivered to Jones because he was no longer at the address he provided, and the order was returned to the Clerk of the Court as undeliverable and entered on the docket.  *See* Doc. No. 7.

More than 30 days have passed, and Jones has not complied or otherwise responded to the March 29 order.  Jones failed to notify the Clerk and the other parties to the proceedings of a change in his address as required by Local Rule 5.5(c)(2).  Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

---

[1] In its Order, the Court noted that another complaint was filed by a plaintiff named Dennis Wayne Jones who had since died while in custody of the Yell County Jail. *See Jones v. Gilky,* No. 4:20-cv-00638-LPR-PSH.  The Court could not ascertain whether the two plaintiffs were the same individual.

It is therefore recommended that Jones' complaint (Doc. No. 1) be dismissed without prejudice.

DATED this 11th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE