IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DENNIS WAYNE JONES**                                                    **PLAINTIFF**
**#601335**

v.                          Case No: 4:20-cv-01051-LPR

**BILL GILKY**                                                           **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Dennis Wayne Jones's Complaint is DISMISSED without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of the Judgment and Order dismissing this case would not be taken in good faith.

IT IS SO ADJUDGED this 27th day of July 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT